SECOND DEPARTMENT, MARCH, 1952.

(March 3, 1952.)

In the Matter of the Appointment of a MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE SECOND AND TENTH JUDICIAL DISTRICTS.—

Present — Nolan, P. J., Carswell, Johnston, Adel, Wenzel, MacCrate and Schmidt, JJ.

GEORGE A. BERKOWITZ, Respondent, v. JAY L. ROTHSCHILD, Appellant.—

As so modified, order affirmed, with $10 costs and disbursements to defendant. Defendant is entitled to a bill of particulars and examination in accordance with the items set forth in his demand and notice. The order, however, correctly conforms to the sequence provided for in the orders of August 8, 1951. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.